UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | Cause No. | IP 06-111-CR (B/F) |
| | ) | | |
| DENNIS L. GILLS, | ) | | |
| | ) | | |
| Defendant. | ) | | |

**ORDER APPROVING U.S. MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Dennis L. Gills' supervised released be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 9 months in the custody of the Attorney General or his designee. At the conclusion of Mr. Gills' confinement, he will not be subject to supervised release.

SO ORDERED.

Date: 05/05/2010

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

John Dowd,
Assistant United States Attorney
10 West Market Street, #2100
Indianapolis, IN 46204

Juval Scott,
Office of Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal Service